UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 16 PM 4: 36

CLERK
SO. DIST. OF GA.

CURTIS L. BROWN,            )
                            )
    Plaintiff,              )
                            )
v.                          )     Case No. CV406-103
                            )
MAJOR WILCHER,              )
                            )
    Defendant.              )

## REPORT AND RECOMMENDATION

In an order dated April 27, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc. 3. The Court warned plaintiff that failure to return these forms by May 27, 2006, would result in a recommendation that this case be dismissed. Plaintiff returned the account statement and an unexecuted consent form on May 16, 2006. Docs. 4, 5. The Court issued an Order on May 18, 2006 directing plaintiff to return an executed consent form within ten days or face dismissal of his case. Doc. 6.

Since plaintiff has neither returned this form nor paid the filing fee, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 16th day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA