ORIGINAL

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP -5  AM 9: 34

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| CURTIS L. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-103 |
| MAJOR WILCHER, | ) |
| Defendant. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of _____, 2006.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA